# EXHIBIT A

Case 1:19-cv-01215 Document 1-1 Filed 02/07/19 Page 2 of 5

Shop & support | I'm looking for... | Sign in | Business
Deals · Phones · Wireless · TV · Internet · Bundles · Accessories
Buy online, pick up in store — Find nearest store



# 5G and you

Everyone's talking about 5G right now. Here's our vision of what a 5G network will mean for you.

## What is 5G?

5G is the next generation of mobile communication. More than just faster speeds, 5G will be a whole new kind of network. One we expect to be faster, smarter, and able to respond in close to real time. A network that will ultimately enable new experiences that will change how we live, work, and play.

Past advances in network technology paved the way for video chat, livestreaming, ridesharing, and more. What started as bold new ideas are now part of our everyday lives. As the use of 5G phones and devices spreads, 5G will change how you connect to what you love.



## The road to 5G

**5G Evolution**

Our first step on the road to 5G. We've made changes that are already bringing faster speeds to the latest devices on our LTE network.

**5G**

A nationwide 5G network will change how we connect for generations to come.

**5G+**

Even faster 5G speeds will power innovation zones in select locations.



## 5G Evolution

5G Evolution is our first step on the road to 5G. Our improvements are already enabling faster speeds on our existing LTE network.

How are we doing it? With enhancements like carrier aggregation to add more "lanes" to the highway that data travels on. 4x4 MIMO to double the number of antennas that can send data back and forth. And 256 QAM to make data transmission more efficient. All this adds up to faster speeds for you.

5G Evolution is now live in over 400 markets with more to come, and soon our most popular smartphones will start displaying a "5G E" indicator to let you know when 5G Evolution coverage is available.

SHOP 5G E PHONES →

## 5G

We're actively laying the foundation for a nationwide 5G network. Our goal: to create an ecosystem of 5G devices, all connecting to an intelligent, software-driven network that can react in close to real time.

Even now, businesses are dreaming up experiences that will be powered by this 5G ecosystem. Ideas that seem like science-fiction will someday become reality: augmented-reality shopping, virtual presence at live events, self-driving cars, telemedicine. The possibilities are endless.





## 5G+

5G+ is our name for 5G areas expected to provide yet faster 5G service in select areas around the country. This will create innovation zones where the most ambitious uses of 5G can come to life. While the initial launch of 5G+ is modest, speeds, coverage, and devices will improve in 2019 and beyond.

5G+ is now available in select areas of the following 12 cities:

FL: Jacksonville
GA: Atlanta
IN: Indianapolis
KY: Louisville



5G will rollout in parts of these areas of Louisville and San Antonio in early 2019:

- FL: Jacksonville
- GA: Atlanta
- IN: Indianapolis
- KY: Louisville
- LA: New Orleans
- NC: Charlotte, Raleigh
- OK: Oklahoma City
- TX: Dallas, Houston, San Antonio, Waco

## The world's first mobile 5G device

The NETGEAR Nighthawk® 5G Mobile Hotspot is the first device that will connect you to our mobile 5G network.

If you're in one of the 12 cities with 5G+ coverage and want to learn more about the Nighthawk 5G Mobile Hotspot, fill out our contact form.

**ABOUT NIGHTHAWK** →



# Learn more about 5G



### 5G for business

5G will help businesses increase efficiency, empower workers, and drive innovation in ways we can only imagine. →



### News about 5G

Visit our 5G news page for articles, videos, and more. We look forward to sharing updates from our 5G journey with you. →

# Looking for more?

| I want to... | Cellphones & tablets | Home services | Help & support |
|---|---|---|---|
| Upgrade my phone | iPhone XS Max | DIRECTV TV packages | AT&T Phone |
| Pick up today | iPhone XS | DIRECTV NOW | AT&T Internet |
| View & pay bill | Apple Watch Series 4 | TV services | DSL Internet |

# The world's first mobile 5G device

The NETGEAR Nighthawk® 5G Mobile Hotspot is the first device that will connect you to our mobile 5G network.

If you're in one of the 12 cities with 5G+ coverage and want to learn more about the Nighthawk 5G Mobile Hotspot, fill out our contact form.

ABOUT NIGHTHAWK →



## Learn more about 5G



### 5G for business

5G will help businesses increase efficiency, empower workers, and drive innovation in ways we can only imagine. ›



### News about 5G

Visit our 5G news page for articles, videos, and more. We look forward to sharing updates from our 5G journey with you. ›

## Looking for more?



| I want to... | Cellphones & tablets | Home services | Help & support |
|---|---|---|---|
| Upgrade my phone | iPhone XS Max | DIRECTV TV packages | AT&T Phone |
| Pick up today | iPhone XS | DIRECTV NOW | AT&T Internet |
| View & pay bill | Apple Watch Series 4 | TV services | DSL Internet |
| Set up my wireless service | iPad | Internet | DIRECTV |
| Set up voicemail | Samsung phones & devices | Access from AT&T | DIRECTV NOW |
| Find local services | AT&T discount programs | Move my service | U-verse TV |
| Shop for my business | Cell phone plans | Internet service in my area | Wireless support |
| Register my signal booster | Trade-in program | | TechBuzz blog |



Find a store
Make a store appointment
Coverage maps
Learn about 5G

About AT&T
Contact us
Feedback
Ver en español

Community forums

Legal policy center    Privacy policy    Terms of use    Broadband details    Advertising choices    Accessibility    Site map

©2019 AT&T Intellectual Property. All rights reserved.

TRUSTe Certified Privacy