# EXHIBIT E

Case 1:19-cv-01215   Document 1-5   Filed 02/07/19   Page 2 of 2





Document title: AT&amp;T Maps - Wireless Coverage Map for Voice and Data Coverage from AT&amp;T
Capture URL: https://www.att.com/maps/wireless-coverage.html
Capture timestamp (UTC): Mon, 21 Jan 2019 17:18:29 GMT

Page 1 of 1