# EXHIBIT G

# engadget

Login

Gear | Gaming | Entertainment | Tomorrow | The Buyer's Guide | Video | Reviews

**Latest in Gear**



Ring reportedly gave employees access to customer video feeds

11m ago



YouTuber Sara Dietschy talks filmmaking gear

33m ago



T-Mobile starts verifying callers to fight spam

55m ago



Google and Samsung on the perfect 2-in-1 tablet

1h ago

# AT&T doubles down on its 5G fib

It didn't do the greatest job.

Jon Fingas, @jonfingas
22h ago in Mobile

15 Comments    147 Shares



AP Photo/Richard Drew

AT&T is facing quite the pushback over its decision to label its upgraded LTE network as "5G Evolution," and not just from rival carriers (yes, including Engadget parent Verizon) taking cheap shots at a competitor. However, it's determined to stick by its decision. In an interview with *Tom's Guide*, the company's Igal Elbaz defended the decision. AT&T had been "pretty public" about what it was doing for some time, he said, and the indicator helps them know they're in an "enhanced experience" coverage area. He added that all of the provider's relevant hardware investment was "5G ready," so it just had to flick a software switch to enable the new technology on its end once both the code and devices were available.

The problem, as you might imagine, is that AT&T isn't really addressing the main concerns. Yes, its souped-up LTE network can be significantly faster and could be worth pointing out, but the issue isn't whether or not there's an indicator -- it's that it's billed as 5G. Unlike when the carrier marketed HSPA+ as 4G, there isn't even the slightest change in standards. The technology is just the amalgamation of multiple performance-boosting methods for LTE, and selling it as 5G is both inaccurate and potentially confusing to people who might incorrectly believe they have 5G-capable phones.

And while it'll be relatively easy for AT&T to make real 5G available on its side, that won't change the practical reality for customers who'll have to replace their devices. There's a concern they'll buy LTE phones now without realizing that proper 5G hardware is just around the corner. While 5G Evolution isn't likely to spend much time in the spotlight, it could lead to some disappointed users.

*Verizon owns Engadget's parent company, Oath (formerly AOL). Rest assured, Verizon has no control over our coverage. Engadget remains editorially independent.*

Source: Tom's Guide
In this article: 5g, 5gevolution, att, carrier, gear, lte, mobile, smartphone, verizon, wireless

147 Shares



**Sponsored Links by Taboola**

Drivers who switch save an average of $668 on car insurance.
Progressive

An Insane Credit Card Charging 0% Interest Until 2020
NextAdvisor

Protect what you built. Make the shift to a modern desktop.
Windows 10 Pro at Insight