UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SPRINT SPECTRUM L.P., SPRINTCOM,          :
INC. and SPRINT/UNITED MANAGEMENT  :   No. 1:19-CV-01215 (VSB)
COMPANY,                                                 :
                                                                      :   **[PROPOSED] SCHEDULING ORDER**
                       Plaintiffs,               :   **FOR PRELIMINARY INJUNCTION**
                                                                      :   **HEARING**
-v-                                                                 :
                                                                      :
AT&T INC.,                                               :
                                                                      :
                       Defendant.             :
-------------------------------------------------------X
VERNON S. BRODERICK, United States District Judge:

Pursuant to the Court's February 14, 2019 Order setting an April 22, 2019 hearing date for Sprint's Motion for Preliminary Injunction, and by agreement of the parties, the Court hereby adopts the following Scheduling Order:

1. The parties are to conduct expedited discovery, limited to issues directly relevant to the Motion for Preliminary Injunction, in accordance with the following deadlines (which may be extended by the parties on consent without application to the Court):

    a. Written discovery requests shall be served by February 19, 2019.

    b. The parties shall meet and confer on the written discovery requests by February 21, 2019. Responses and objections to written discovery requests shall be served by February 22, 2019.

    c. Sprint shall identify all witnesses who will provide testimony via affidavit in support of its Motion for Preliminary Injunction by February 22, 2019.

    d. AT&T shall identify all fact witnesses who will provide testimony via affidavit in support of its Opposition to Sprint's Motion for Preliminary Injunction by February 27, 2019.

    e. Responsive documents shall be produced by March 8, 2019.

    f. Depositions of fact witnesses shall be completed by March 22, 2019. Each side is limited to taking the depositions of the affiants disclosed by the other side, plus up to two additional witnesses, including a Rule 30(b)(6) corporate representative.

1

      g.  AT&T shall designate defensive expert witnesses and serve reports, if any, in accordance with Federal Rule of Civil Procedure 26(a)(2) by March 27, 2019.

      h.  Depositions of AT&T's expert witnesses shall be completed by April 5, 2019.

3. Sprint's deadline to file a memorandum of law and evidence in support of its Motion for Preliminary Injunction is April 5, 2019. The memorandum shall include all exhibits and affidavits of direct testimony that Sprint intends to offer in support of its Motion for Preliminary Injunction.

4. AT&T's deadline to file its memorandum of law and evidence in opposition to the Motion for Preliminary Injunction is April 10, 2019. The memorandum shall include all exhibits and affidavits of direct testimony that AT&T intends to offer in opposition to the Motion for Preliminary Injunction.

5. Sprint's deadline to file a reply memorandum of law and evidence in further support of its Motion for Preliminary Injunction is April 15, 2019.

Dated: February 19, 2019
New York, New York

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK   2/19/2019
UNITED STATES DISTRICT JUDGE