UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SPRINT SPECTRUM L.P., SPRINTCOM,   :
INC. and SPRINT/UNITED             :
MANAGEMENT COMPANY          :
                              :  Case No. 19 Civ. 1215
          Plaintiffs,       :
                              :  **DECLARATION OF CRAIG B.**
    -against-         :  **WHITNEY**
                              :
AT&T INC.,                  :
                              :
          Defendant.     :
--------------------------------------------------------X

      I, CRAIG WHITNEY, an attorney at law admitted to practice before the courts of this

state, declare as follows:

      1.      I am a partner of the firm Frankfurt Kurnit Klein & Selz, P.C., attorneys for

plaintiffs Sprint Spectrum L.P., SprintCom, Inc., and Sprint/United Management Company

(collectively, "Sprint").  I am a member in good standing of the Bar of the State of New York.  I

have personal knowledge of the following facts and submit this declaration in support of Sprint's

Motion for a Temporary Restraining Order and Preliminary Injunction.

      2.      Attached hereto as **Exhibit A** is a true and correct copy of an AT&T commercial

entitled "OK Tattoo Parlor," available online at https://www.ispot.tv/ad/IZ6J/at-and-t-wireless-

ok-tattoo-parlor (as of Feb. 8, 2019).

      3.      Attached hereto as **Exhibit B** is a true and correct copy of an AT&T commercial

entitled "OK Martial Arts," available online at https://www.youtube.com/watch?v=V4Ceds8diZc

(as of Feb. 8, 2019).

      4.      Attached hereto as **Exhibit C** is a true and correct copy of an AT&T commercial

entitled "OK Coach," available online at https://www.youtube.com/watch?v=GjMx-b3uk6k (as

of Feb. 8, 2019).

5.      Attached hereto as **Exhibit D** is a true and correct copy of a page of AT&T's website offering "5G Evolution" phones, available at https://www.att.com/buy/phones/browse/5g-evolution (as of Feb. 8, 2019).

6.      Attached hereto as **Exhibit E** is a true and correct copy of an image from AT&T's twitter profile.

7.      Attached hereto as **Exhibit F** is a true and correct copy of a page of AT&T's website entitled "5G and you," available at https://www.att.com/5g/consumer (as of Feb. 8, 2019).

8.      Attached hereto as **Exhibit G** is a true and correct copy of a map showing AT&T's Domestic Wireless Data Coverage, available at https://www.att.com/maps/wireless-coverage.html (as of Feb. 8, 2019).

9.      Attached hereto as **Exhibit H** is a true and correct copy of an April 19, 2018 Technology Blog post written by Andre Fuetsch, AT&T's Labs and Chief Technology Officer, entitled "Setting the Record Straight on 5G Evolution," available at https://about.att.com/innovationblog/5g_evolution_record (as of Feb. 8, 2019).

10.      Attached hereto as **Exhibit I** is a true and correct copy of a January 7, 2019 article on TheVerge.com entitled "AT&T misleads consumers by updating phones with fake 5G icon," available at https://www.theverge.com/2019/1/7/18172355/att-fake-5g-logo-rolling-out-samsung-lg (as of Feb. 8, 2019).

11.      Attached hereto as **Exhibit J** is a true and correct copy of a January 11, 2019 article on AdAge.com entitled "AT&T's 5G Stunt is Decried As 'Misleading & A Marketing Ploy,'" available at https://adage.com/article/digital/5g-stunt-ces-misleading-a-marketing-ploy/316214/ (as of Feb. 8, 2019).

12.      Attached hereto as **Exhibit K** is a true and correct copy of a January 7, 2019 article on ArsTechnica.com entitled "AT&T decides 4G is now '5G,' starts issuing icon-

changing software updates," available at https://arstechnica.com/gadgets/2019/01/att-decides-4g-is-now-5g-starts-issues-icon-changing-software-updates/ (as of Feb. 8, 2019).

13.    Attached hereto as **Exhibit L** is a true and correct copy of a December 31, 2018 article published on NYT.com entitled "What Is 5G? Here's What You Need to Know About the New Network," available at https://www.nytimes.com/2018/12/31/technology/personaltech/5g-what-you-need-to-know.html (as of Feb. 8, 2019).

14.    Attached as **Exhibit M** is a true and correct copy of a February 4, 2019 article published on TheVerge.com entitled "Apple just endorsed AT&T's fake 5G E network," available at https://www.theverge.com/2019/2/4/18211044/apple-att-5g-e-network-icon-iphones-misleading-ios-software-update-beta (as of Feb. 8, 2019).

15.    Attached as **Exhibit N** is a true and correct copy of relevant portions of a Federal Communications Commission Fact Sheet entitled "Twentieth Mobile Wireless Competition Report," dated September 7, 2017.  The full report is available online at file://r2d2/UserData/kmaynard/Downloads/DOC-346595A1.pdf (as of Feb. 8, 2019).

16.    Attached as **Exhibit O** is a true and correct copy of an email exchange between Chris Grenz, of Sprint, and Ted Suzuki and Thomas Payne III of AT&T.

17.    Additional versions of AT&T's 5GE advertisements can be found here:

https://www.ispot.tv/ad/IZTU/at-and-t-wireless-ok-sushi (*available as of* Feb. 8, 2019);

https://www.ispot.tv/ad/IZfM/at-and-t-wireless-ok-machanic (*available as of* Feb. 8, 2019);

https://www.ispot.tv/ad/IZ6C/at-and-t-wireless-ok-baby-sitter (*available as of* Feb. 8, 2019);

https://www.ispot.tv/ad/IZ6U/at-and-t-wireless-ok-surgeon (*available as of* Feb. 8, 2019).

18.    No previous request for the relief sought herein has been made to this Court or any other.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 8, 2019

_____
CRAIG B. WHITNEY
