```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SPRINT SPECTRUM L.P., et al.,                              :
:
               Plaintiffs,    :
:     19-CV-1215 (VSB)
    -against-                                           :
:     **ORDER**
AT&T MOBILITY LLC,                                         :
:
               Defendant.     :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On April 22, 2019, the parties appeared for a status conference, during which they notified me that they had reached settlement in principle.  Accordingly, it is hereby:

       ORDERED that all deadlines and conferences in this matter—except for the deadline for Plaintiffs to submit redacted papers, (s*ee* Doc. 111)—are adjourned *sine die*.

       IT IS FURTHER ORDERED that the parties shall submit a stipulation of voluntary dismissal no later than April 24, 2019.  If the parties are not prepared to submit a stipulation on that day, they shall submit a joint letter of no more than two (2) pages providing an update as to the status of their discussions.

SO ORDERED.

Dated:  April 22, 2019
        New York, New York

*[Signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge