UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPRINT SPECTRUM L.P., SPRINTCOM,
INC. and SPRINT/UNITED
MANAGEMENT COMPANY

          Plaintiffs,

    -against-

AT&T MOBILITY LLC,

          Defendant.
------------------------------------------------------------X

Case No. 19 Civ. 1215 (VSB)

**DECLARATION OF
EDWARD H. ROSENTHAL**

I, EDWARD ROSENTHAL, an attorney at law admitted to practice before the courts of this state, declare as follows:

1. I am a partner of the firm Frankfurt Kurnit Klein & Selz, P.C., attorneys for plaintiffs Sprint Spectrum L.P., SprintCom, Inc., and Sprint/United Management Company (collectively, "Sprint"). I am a member in good standing of the Bar of the State of New York. I have personal knowledge of the following facts and submit this declaration in support of Sprint's motion *in limine* to preclude Peter Golder, one of Defendant AT&T Mobility LLC's expert witnesses disclosed in this matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Peter Golder taken on April 3, 2019 in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 17, 2019

                                                                   _____
                                                                   EDWARD H. ROSENTHAL